**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| JORDAN XAVIER RICHARDSON,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CRIMINAL ACTION NO.: 4:24-cr-49 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's August 10, 2026, Report and Recommendation, (doc. 69), to which Petitioner has not objected. The Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 69.) Richardson's Motion is **DISMISSED**. (Doc. 67.) Civil action 4:26-cv-61 is **DISMISSED** in its entirety.

There are no discernable issues worthy of a certificate of appeal. Therefore, the Court **DENIES** the issuance of a Certificate of Appealability. Richardson is advised that he "may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." Rule 11(a), Rules Governing Section 2255 Cases in the United States District Courts. Furthermore, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith. Thus, the Court likewise **DENIES** Richardson *in forma pauperis* status on appeal.

The Court **DIRECTS** the Clerk of Court to **CLOSE** this case, civil action 4:26-cv-61, and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 7th day of October, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA